UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA



William C Sharp     # 3617237

_(Enter above the full name of the plaintiff or plaintiffs in this action)._     _(Inmate Reg. # of each Plaintiff)_

**VERSUS**

CIVIL ACTION NO. 2:18-cv-01056
_(Number to be assigned by Court)_

C.O. Heart

SCRJA

David Farmer

_(Enter above the full name of the defendant or defendants in this action)_

## COMPLAINT

I. **Previous Lawsuits**

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

             Yes _____     No __✓__

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: _____
   _____
   _____

   Defendants: _____
   _____
   _____

2. Court (if federal court, name the district; if state court, name the county); _____
_____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

2

II. Place of Present Confinement: South Centre Regional Jail

   A. Is there a prisoner grievance procedure in this institution?

   Yes ✓   No ___

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes ✓   No ___

   C. If you answer is YES:

   1. What steps did you take? ~~Pattia~~ WCS Talked to C.O.s and Staff and grievance

   2. What was the result? No avail

   D. If your answer is NO, explain why not: ___

III. Parties

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of Plaintiff: William e Sherp #3512727

   Address: 1001 Centre way Charleston WV 26309

   B. Additional Plaintiff(s) and Address(es): ___

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: C.O. Heart

   is employed as: Correctional officer

   at South Central Regional Jail

D. Additional defendants: David Farmer

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was in line to get my food CO Heard told me to suck a Dick for my food and called me a fag this happend on 5/31/18

4

IV. Statement of Claim (continued):

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

CO HearT should be disceplend
I am seeking financial restitution
for my mental distress

5

V.   Relief (continued)):

_____
_____
_____
_____
_____

VII.  Counsel

   A.   If someone other than a lawyer is assisting you in preparing this case, state the person's name:

   _____

   B.   Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

   Yes _____     No ✓

   If so, state the name(s) and address(es) of each lawyer contacted:

   _____
   _____

   If not, state your reasons: _I am incarcerated and in need of legal aide_

   C.   Have you previously had a lawyer representing you in a civil action in this court?

   Yes _____     No ✓

6

If so, state the lawyer's name and address:

_____

_____

Signed this __14TH__ day of __June__, 20__18__.

_____
*William C Sh[...]*
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __6/14/18__.
          (Date)

_____
*William C Shove[...]*
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7